# EXHIBIT G



**Foreign Branches**

*As of April 11, 2012*

Allied Irish Banks, p.l.c.
1166 Avenue of the Americas
New York, NY 10036

Banca Monte dei Paschi di Siena S.p.A.
55 East 59th Street
New York, NY 10022 1112

Banco Bilbao Vizcaya Argentaria, S.A.
1345 Avenue of the Americas
New York, NY 10105 0302

Banco de La Nacion Argentina
225 Park Avenue
New York, NY 10169 0002

Banco Del Estado de Chile
400 Park Avenue
New York, NY 10022 9464
Mail To : 400 Park Avenue, 22nd Floor
New York, NY 10022 9464

Banco do Brasil, S.A.
535 Madison Avenue
New York, NY 10022

Banco Espanol de Credito, S.A.
730 Fifth Avenue
New York, NY 10019 0001

Banco Espirito Santo de Investimento,S.A
340 Madison Avenue, 12th floor
New York, NY 10173

Banco Espirito Santo, S.A.
320 Park Avenue
New York, NY 10022 6815

Banco Popular de Puerto Rico
120 Broadway
New York, NY 10271

Banco Santander, S.A.
45 East 53rd Street
New York, NY 10022 4604

Bank Hapoalim B.M.
1177 Avenue of the Americas
New York, NY 10036 2790
Mail To : 1177 Avenue of the Americas
12th and 14th Floors
New York, NY 10036 2790

Bank of Baroda
One Park Avenue
New York, NY 10016 5802

Bank of India
277 Park Avenue
New York, NY 10172 0001

Bank of Montreal
3 Times Square
New York, NY 10036 6520

Bank of Scotland plc
1095 Avenue of the Americas
New York, NY 10036

Bank of Taiwan
100 Wall Street

New York, NY 10005
Mail To : 100 Wall Street, 11th Floor
New York, NY 10005

Bank of Tokyo - Mitsubishi UFJ, Ltd., The
1251 Avenue of the Americas, 14th Floor
New York, NY 10020 1104

Barclays Bank PLC
745 Seventh Avenue
New York, NY 10019

BNP Paribas
787 7th Avenue
New York, NY 10019 6083

Caixa Geral de Depositos, S.A.
733 Third Avenue,
New York, NY 10017

Chang Hwa Commercial Bank, Ltd.
685 Third Avenue
New York, NY 10017 4024
Mail To : 685 Third Avenue, 29th Floor
New York,, NY 10017 4024

Chiba Bank, Ltd., The
1133 Avenue of the Americas, 15th Floor
New York, NY 10036 6710

China Construction Bank Corporation
1095 Avenue of the Americas
New York, NY 10036

China Merchants Bank Co., Ltd
535 Madison Avenue
New York, NY 10022

Chinatrust Commercial Bank, Ltd.
366 Madison Avenue
New York, NY 10017 7110
Mail To : 366 Madison Avenue, 3rd floor
New York, NY 10017 7110

Commerzbank Aktiengesellschaft
2 World Financial Center
New York, NY 10281 1050
Mail To : 2 World Financial Center
New York, NY 10281 1050

Cooperatieve Centrale Raiffeisen-Boeren
Leenbank B.A., Rabobank Nederland
245 Park Avenue
New York, NY 10167 0062

Credit Agricole Corporate and Investment Bank
1301 Avenue of the Americas
New York, NY 10019 6022

Credit Industriel et Commercial
520 Madison Avenue
New York, NY 10022 4213
Mail To : 520 Madison Ave. 37th floor
New York, NY 10022 4213

Credit Suisse AG
11 Madison Avenue
New York, NY 10010 3698

Depfa Bank plc
622 Third Avenue
New York, NY 10017

Deutsche Bank AG
60 Wall Street
New York, NY 10005 2858
Mail To : 60 Wall Street, 46th Floor
Mail Stop NYC60-4601
New York, NY 10005 2858

Dexia Credit Local
445 Park Avenue
New York, NY 10022 2606

DNB Bank ASA
200 Park Avenue
New York, NY 10166 0396
Mail To : 200 Park Avenue (31st Floor)
New York, NY 10166 0396

DZ Bank AG Deutsche Zentral-Genossenschaftsbank
609 Fifth Avenue
New York, NY 10017 1021

Eurohypo Aktiengesellschaft
1301 Avenue of the Americas
New York, NY 10019

First Commercial Bank, Ltd.
750 Third Avenue
New York, NY 10017
Mail To : 750 Third Avenue, 34th Floor
New York, NY 10017

Fortis Bank S.A./N.V.
787 Seventh Avenue
New York, NY 10019

Gunma Bank, Ltd., The
780 Third Avenue
New York, NY 10017 2024
Mail To : 780 Third Avenue,
6th Floor
New York, NY 10017 2024

Habib Bank Limited
60 East 42nd Street
New York, NY 10165 0006
Mail To : 60 East 42nd Street
New York, NY 10165 0006

HSH Nordbank AG
230 Park Avenue
New York, NY 10169 0005

Industrial and Commercial Bank of China Limited
725 Fifth Avenue
New York, NY 10022

Industrial Bank of Korea
1250 Broadway
New York, NY 10001 3798
Mail To : 1250 Broadway, 37th Fl.
New York, NY 10001

Intesa Sanpaolo S.p.A.
1 William Street
New York, NY 10004 2595

Itau Unibanco S.A.
767 5th Avenue
New York, NY 10153
Mail To : 540 Madison Avenue, 24th Floor
New York, NY 10022

KBC Bank N.V.
1177 Avenue of the Americas
New York, NY 10036 2714

Kookmin Bank
565 Fifth Avenue
New York, NY 10017 2466
Mail To : 565 Fifth Avenue, 24th floor
New York, NY 10017 2466

Korea Development Bank, The
320 Park Avenue
New York, NY 10022 6815
Mail To : 320 Park Avenue, 32nd Floor
New York, NY 10022 6815

Land Bank of Taiwan Co., Ltd
100 Wall Street
New York, NY 10005

Landesbank Baden - Wurttemberg
280 Park Avenue
New York, NY 10017 1244
Mail To : 280 Park Avenue,
31st Floor-West Building
New York, NY 10017 1244

Landesbank Hessen - Thuringen Girozentrale
420 Fifth Avenue
New York, NY 10018 2729

Lloyds TSB Bank plc
1095 Avenue of the Americas
New York, NY 10036

Mail To : 1095 Avenue of the Americas, 34th Floor
New York, NY 10036

Malayan Banking Berhad
400 Park Avenue
New York, NY 10022 4406
Mail To : 400 Park Ave, 9th floor
New York, NY 10022 4406

Mashreq Bank psc
50 Broadway
New York, NY 10004 6516
Mail To : 50 Broadway
Suite 1500
New York, NY 10004

Mega International Commercial Bank Co., Ltd.
59-65 Liberty Street
New York, NY 10005 1018
Mail To : 65 Liberty Street
New York,, NY 10005 1018

Mitsubishi UFJ Trust and Banking Corporation
520 Madison Avenue
New York, NY 10022
Mail To : 520 Madison Avenue, 25th Floor
New York, NY 10022

Mizuho Corporate Bank, Ltd.
1251 Avenue of the Americas
New York, NY 10020 1183

National Bank of Canada
65 East 55th Street
New York, NY 10022 3219
Mail To : 65 East 55th Street, 31st Floor,
New York, NY 10022 3219

National Bank of Egypt
40 East 52nd Street
New York, NY 10022 5911
Mail To : 40 East 52nd Street, 22nd Floor
New York, NY 10022

National Bank of Pakistan
100 Wall Street, 21st Floor
New York, NY 10005 3701

Natixis
1251 Avenue of the Americas
New York, NY 10020 0070
Mail To : 9 West 57th Street, 36th Fl.
New York, NY 10019

Norddeutsche Landesbank Girozentrale
1114 Avenue of the Americas, 20th Floor
New York, NY 10036 7703

Nordea Bank Finland Plc
437 Madison Avenue
New York, NY 10022 7001

Nordea Bank Norge ASA
437 Madison Avenue
New York, NY 10022 7001

Norinchukin Bank, The
245 Park Avenue
New York, NY 10167 0104
Mail To : 245 Park Avenue, 21st Floor
New York,, NY 10167 0104

Philippine National Bank
30 Broad Street
New York, NY 10004
Mail To : 30 Broad Street, 36th Floor
New York, NY 10004

Shinhan Bank
600 Third Avenue
New York, NY 10016
Mail To : 600 Third Ave. 17th Floor
New York, NY 10016

Shizuoka Bank, Ltd., The
600 Lexington Avenue, 4th floor
New York, NY 10022

Skandinaviska Enskilda Banken
245 Park Avenue

New York, NY 10167 0061

Societe Generale
1221 Avenue of the Americas
New York, NY 10020 1092

Standard Chartered Bank
1095 Avenue of the Americas
New York, NY 10036

State Bank of India
460 Park Avenue
New York, NY 10022 1972
Mail To : 460 Park Avenue, Second Floor
New York, NY 10022 1972

State Bank of India
37-20 74th Street
Jackson Heights, NY 11372

Sumitomo Mitsui Banking Corporation
277 Park Avenue
New York, NY 10172 0601
Mail To : 277 Park Ave., 6th Flr
New York, NY 10172 0601

Sumitomo Mitsui Trust Bank Limited
527 Madison Avenue, 3rd Floor
New York,, NY 10022 4396

Svenska Handelsbanken AB
875 Third Avenue
New York, NY 10022 7218

Swedbank AB
One Penn Plaza
New York, NY 10119 0002
Mail To : One Penn Plaza, 15th Flr.
New York, NY 10119 0002

T.C. Ziraat Bankasi
122 East 42 Street
New York, NY 10168
Mail To : 122 E. 42nd Street, Suite 310
New York, NY 10168

The Royal Bank of Scotland N.V.
101 Park Avenue,
6th Floor
New York, NY 10178

The Royal Bank of Scotland plc
101 Park Avenue, 10th & 11th Floor
New York, NY 10178 1199
Mail To : 600 Washington Boulevard
10th Floor
Stamford, CT 06901

The Shoko Chukin Bank, Ltd.
666 Fifth Avenue
New York, NY 10103 0905
Mail To : 666 Fifth Ave., 14th Floor
New York,, NY 10103 0905

Toronto-Dominion Bank, The
31 West 52nd Street
New York, NY 10019 6101

Turkiye Vakiflar Bankasi T.A.O.
680 Fifth Avenue
New York, NY 10019 5429
Mail To : 680 Fifth Avenue, 23rd Floor
New York, NY 10019 5429

UniCredit Bank AG
150 East 42nd Street
New York, NY 10017 5612

UniCredit S.p.A.
150 East 42nd Street
29th and 32nd Floors
New York, NY 10017 5632

United Bank Limited
80 Broad Street
New York, NY 10004 2209
Mail To : 80 Broad St., 24th Floor
New York, NY 10004 2209

WestLB AG
7 World Trade Center

Case 1:12-cv-08435-AJN   Document 37-7   Filed 05/30/12   Page 7 of 7

New York, NY 10007

Accessibility    Contact Us    Disclaimer    Privacy Policy    Site Map



New York State Department of Financial Services