# PAUL HASTINGS

1(212) 318-6024
dangoldman@paulhastings.com

April 3, 2014

75469.00011

**VIA HAND DELIVERY**

Honorable Alison J. Nathan
United States District Judge
40 Foley Square
New York, NY 10007

Re:   E.I. du Pont de Nemours and Company v. Kolon Industries, Inc., Case No. 12-cv-08435-AJN

Dear Judge Nathan:

We represent Garnishee Kolon global Corporation ("Global"). Global, as the Court knows, is subject to a pending turnover motion dated October 8, 2013, which was filed by DuPont under Federal Civil Procedure Rule 69(a)(1) and N.Y. CPLR §§ 5225(B) and 5227.

Please be advised that today, the Fourth Circuit Court of Appeals reversed and remanded the underlying judgment against Kolon Industries, Inc. The opinion of the Fourth Circuit is attached hereto.

Respectfully,

Daniel B. Goldman
of PAUL HASTINGS LLP

DBG:blb

Enclosure

cc: Marcus Green, Esq.