UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 3 2014

E.I. du Pont de Nemours and Company,

Plaintiff,

–v–

Kolon Industries, Inc., aka Kolon Corporation,

Defendant.

12 Civ. 8435 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' joint letter dated June 2, 2014, informing the Court that on May 30, 2014, the Fourth Circuit Court of Appeals issued its mandate reversing and remanding the judgment underlying the pending garnishment actions in this Court for a new trial. The parties are in agreement that the garnishment actions should be dismissed in light of the Fourth Circuit's mandate, but disagree as to whether the dismissal should be with or without prejudice. The Court hereby dismisses the garnishment actions without prejudice to the refiling of a new garnishment action if Plaintiff obtains a new judgment after retrial.

    SO ORDERED.

Dated: June 3, 2014
New York, New York

_____
ALISON J. NATHAN
United States District Judge